UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREATION TEXTILES CORP. LTD.,
Petitioner,

-v-

HIMATSINGKA AMERICA INC.,
Respondent.

26-CV-7935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner filed a petition to recognize and enforce a foreign arbitral award on September 14, 2026. (ECF No. 5.) Petitioner served Respondent on September 16, 2026, and Respondent's answer was due October 7, 2026. (ECF No. 8.) No response to the petition has been filed in the allotted time.

Respondent is warned that if it fails to appear in this case and to file a response to the petition by October 30, 2026, it will be in default and the petition will be treated as unopposed.

Petitioner is directed to serve a copy of this order on Respondent by October 16, 2026, and to file proof of such service on the docket.

SO ORDERED.

Dated: October 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge