UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

CREATION TEXTILES CORP. LTD., a Chinese limited company,

Petitioner,

-against-

HIMATSINGKA AMERICA INC., a Delaware corporation,

Respondent.

------------------------------------------------------ X

NO. 26-CV-7935 (JPO)

**ORDER GRANTING PETITIONER'S MOTION FOR RECOGNITION AND ENFORCEMENT OF FOREIGN ARBITRAL AWARD AND ENTERING FINAL JUDGMENT**

This action having been commenced by Petitioner Creation Textiles Corp. Ltd ("Petitioner"), on September 11, 2026, by the filing of Petition for Recognition and Enforcement of Foreign Arbitral Award Pursuant to 9 U.S.C. § 207 (the "Petition") and Summons (ECF No. 1), and a copy of the Petition and Summons having been served on Respondent Himatsingka America, Inc. ("Respondent") via the New York Secretary of State on September 16, 2026, and proof of service of the Petition having been filed on September 18, 2026 (ECF No. 8), and Respondent having failed to answer the Petition, and there being no defense on the merits, and the time for answering the Petition having expired, and the Court having entered an Order requiring Respondent to file a responsive pleading by October 30, 2026 (ECF No. 9), and the Respondent having failed to file a responsive pleading by October 30, 2026, and the Court thereby deeming the Petition unopposed (ECF No. 11),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that:

1) The Court hereby recognizes and enforces the January 13, 2026 Award of the Shanghai International Economic and Trade Arbitration Commission;

2) The Court hereby enters final judgment against Respondent Himatsingka America, Inc. in the amount of $1,010,281.11, calculated as of November 16, 2026;

3) For every day after November 16, 2026, such judgment shall continue to accrue post-judgment interest in the amount of $120.68 per day until the judgment amount is paid in full;

4) The Court retains jurisdiction over this matter to enable and enforce discovery of Respondent's assets pursuant to Fed. R. Civ. P. 64 and/or 69, and all applicable procedures or rules of the State of New York, to execute on the judgment; and

5) The Court hereby issues a Writ of Execution pursuant to Fed. R. Civ. P. 69 enabling Petitioner to execute on the judgment.

IT IS SO ORDERED.

Dated: November 16, 2026
New York, NY

So ordered.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 15, to enter judgment against Respondent Himatsingka America, Inc. in the amount specified above, and to close this case.

Petitioner is directed to serve a copy of this Order on Respondent by November 20, 2026, and to file proof of such service on the docket.

J. PAUL OETKEN
United States District Judge